RECEIVED
JUN 20 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RAYFIELD DAVIS | DOCKET NO. 10-CV-1920; SEC. P |
| LA. DOC. #318030 | |
| VERSUS | JUDGE DEE D. DRELL |
| JAMES LEBLANC, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's claims *against James LeBlanc, Clyde Benson, Paul Gaspard, James Cooper, Robert Ewing, John Doe, and Ronnie Howard* are **DISMISSED** for failing to state a claim for which relief can be granted. Service of process has been ordered on Warden Cooper and Sgt. Ducote.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 20th day of June, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE