**RECEIVED**

MAY 2 1 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

RAYFIELD DAVIS,             CIVIL ACTION NO.10-1920
       Plaintiff       SECTION "P"

VERSUS                      JUDGE James T. Trimble, Jr.

JAMES LEBLANC, et al.,
       Defendants       MAGISTRATE JUDGE JAMES D. KIRK


## J U D G M E N T


For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Ducote's motion to dismiss (Doc. 30) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 21st day of May, 2012.


JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE