RECEIVED
MAY 21 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RAYFIELD DAVIS,<br>    Plaintiff | CIVIL ACTION NO.10-1920<br>SECTION "P" |
| VERSUS | JUDGE James T. Trimble, Jr. |
| JAMES LEBLANC, et al.,<br>    Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Ducote's motion to dismiss (Doc. 30) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 21st day of May, 2012.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE