RECEIVED
JAN - 7 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RAYFIELD DAVIS,<br>      Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. CV10-01920 |
| VERSUS | |
| JAMES LEBLANC, et al.,<br>      Defendants | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment is GRANTED and Davis' complaint is DISMISSED WITHOUT PREJUDICE for lack of exhaustion.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 7th day of January, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE